**Form odc13grL**

# United States Bankruptcy Court
## Eastern District of Louisiana

IN RE:
Wendell R. Bates                                    CASE NO. 13–12178

DEBTOR(S)                                           CHAPTER 13   SECTION A

## ORDER

### Failure to Make a Payment within 30 days

The Motion to Compel Compliance Or Alternatively, Motion to Dismiss Case filed by Trustee came up for hearing on the 22nd day of July, 2014;

Present at the hearing were:

Andrew Wiebelt, II, Attorney for Trustee

Leo D. Congeni, Counsel for Debtor(s)

Objection to the Motion having been filed by Counsel for Debtor(s);

The Court having considered the merits of the Motion, the Objection thereto, the arguments of the Trustee and Counsel for Debtor(s) as well as the evidence, stipulations and representations of both;

**IT IS ORDERED,** that the Motion to Compel Compliance Or Alternatively, Motion To Dismiss Case is **GRANTED** and this case is **DISMISSED**.

**IT IS FURTHER ORDERED,** that the automatic stay pursuant to 11 U.S.C. §362 is vacated and set aside.

**IT IS FURTHER ORDERED,** that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, July 24, 2014.

Hon. Elizabeth W. Magner
United States Bankruptcy Judge